No. 206, Misc.   YAEGER *v.* DIRECTOR, DEPARTMENT OF WELFARE OF VIRGINIA, ET AL.   Appeal from the Supreme Court of Appeals of Virginia.   *Per Curiam:* The appeal is dismissed.